## HAWES v. GREEN.

### March 17, 1884.

#### 3 Pac. 496.

Appeal.—Where There is a Failure to Find on a Material Issue, judgment will be reversed.

APPEAL from the Superior Court of San Mateo County.

J. C. Bates for appellant; Winans, Belknap & Godoy for respondent.

By the COURT.—The defendant, sheriff, in his answer justified the taking of the property in controversy by virtue of

an attachment issued against the property of plaintiff's vendor. There is no finding on the issue raised by the answer as to the averments in justification; the findings are silent upon this subject.

Judgment and order reversed.